IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE BUCHANAN**                                                    **PLAINTIFF**
ADC #099656

v.                          **CASE NO. 4:22-CV-00287-BSM-PSH**

**ROBERT PIERCE,** *et al.*                                   **DEFENDANTS**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 35] are adopted in full, and defendants' motion for summary judgment [Doc. No. 24] is granted in part and denied in part. Buchanan's claims against defendant Nash are dismissed without prejudice for failure to exhaust administrative remedies. Buchanan's claims against Pierce and Young may proceed. Defendants' motion to deem their statement of material facts admitted [Doc. No. 31] is granted.

IT IS SO ORDERED this 9th day of June, 2023.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE