# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSIE BUCHANAN**  **PLAINTIFF**
*ADC #099656*

v.  **CASE NO. 4:22-CV-00287-BSM**

**ROBERT PIERCE,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 69] is adopted, defendants' motion for summary judgment [Doc. No. 50] is granted, and Jessie Buchanan's remaining claims are dismissed with prejudice.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE