## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JESSIE BUCHANAN**                                                                    **PLAINTIFF**
*ADC #099656*

**v.**                                    **CASE NO. 4:22-CV-00287-BSM**

**ROBERT PIERCE,** *et al.*                                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE